IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DEB RITCHIE, | ) | CV 13-00525JMS-BMK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION TO STRIKE ANSWER |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE ANSWER

The Court GRANTS the PLAINTIFF'S MOTION TO STRIKE ANSWER filed by Defendant NATIONAL FOOTBALL LEAGUE ("NFL") on December 29, 2013 (Doc. 23).  NFL's counsel has not applied for nor been granted *pro hac vice* and therefore is not admitted to practice law in this court.

DATED:  Honolulu, Hawaii, January 8, 2014.

IT IS SO ORDERED.



　　　　　　　　　　　　　　　 /S/ Barry M. Kurren
　　　　　　　　　　　　　　Barry M. Kurren
　　　　　　　　　　　　　　United States Magistrate Judge

Deb Ritchie v. State of Hawaii, et al., Civ. No. CV 13-00525 JMS-BMK; ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE ANSWER.